**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **XAVIER EDMOND #1912946** | **CASE NO. 6:20-CV-01449 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSHUA HADDAD ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 15] of the Magistrate Judge, recommending that this matter be dismissed in accordance with the provisions of Federal Rule of Civil Procedure 41(b), based on the plaintiff's failure to comply with a court order. The court has conducted an independent review of the record, notes the lack of objections, and finds that the report and recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 15] be **ADOPTED** and that all claims in this matter be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED** in Chambers on this 30th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**